# Court of Appeals
# of the State of Georgia

ATLANTA,  December 04, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0646. JOHN O'HALLORAN v. MELISSA O'HALLORAN.

Melissa O'Halloran filed this action against her ex-husband, John O'Halloran, to domesticate and enforce a New York divorce decree and judgment pursuant to the Uniform Enforcement of Foreign Judgments Law, OCGA § 9-12-130 et seq. The trial court domesticated the New York divorce decree and judgment, and John O'Halloran filed this direct appeal of the trial court's order. Melissa O'Halloran has filed a motion to dismiss the appeal, arguing that it is subject to the discretionary appeals procedure. We agree.

Compliance with the discretionary appeals procedure is required in "[a]ppeals from judgments or orders in divorce, alimony, and other domestic relations cases." OCGA § 5-6-35 (a) (2). A case involving the domestication of a divorce decree constitutes a "domestic relations" case within the meaning of OCGA § 5-6-35 (a) (2). See *Eickhoff v. Eickhoff*, 263 Ga. 498, 499-500 (1) (435 SE2d 914) (1993), overruled on other grounds by *Lee v. Green Land Co.*, 272 Ga. 107 (527 SE2d 204) (2000); *Elmore v. Elmore*, 177 Ga. App. 682, 682 (1) (340 SE2d 651) (1986); *Lewis v. Robinson*, 176 Ga. App. 374, 374-375 (336 SE2d 280) (1985).

"Where both the direct and discretionary appeal statutes are implicated, it is always the underlying subject matter that will control whether the appeal must be brought pursuant to OCGA § 5-6-34 or § 5-6-35." *Walker v. Estate of Mays*, 279 Ga. 652, 653 (1) (619 SE2d 679) (2005). The instant appeal, involving the domestication of a divorce decree, is a "domestic relations" case because the underlying subject matter is a final judgment of divorce. Id. at 655 (3).

John O'Halloran was required to comply with the discretionary appeals

procedure, and his failure to do so deprives us of jurisdiction over this appeal. Accordingly, the motion to dismiss is hereby GRANTED, and this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   12/04/2019          *
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*